FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NUMBER** |
| PLAINTIFF(S) | CR 13-417-1 |
| v. Jose Nunez | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** |
| DEFENDANT(S). | **18 USC §3006A(f)** |

On _September 11, 2013_ defendant _Jose Nunez_

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints _____
as counsel for the defendant

☐ until further notice.

☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $_____

    ☐ due not later than_____

    ☒ due in monthly payments of $ _250.00_ beginning _October 1, 2013_.

☐ Monthly payments of $ _____ to commence on _____
and to continue until final disposition of this case.

☒ Other _Payment to be made to Clerk of Court to reimburse government._

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

_9/11/13_
Dated

_Patrick J. Walsh_
United States District Judge / Magistrate Judge

cc:  *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*